**Matthew N. Miller**, OSB #150113
Email: mmiller@schwabe.com
**Scott D. Eads**, OSB #910400
Email: seads@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

   *Of Attorneys for Plaintiff, Udoxi Scientific, LLC*

**Steven M. Wilker,** OSB 911882
Direct Dial: 503-802-2040
Fax: 503-972-3740
Email: steven.wilker@tonkon.com
**Eric Beach**, OSB 105783
Direct Dial: 503-802-2182
Fax: 503-972-3882
Email: eric.beach@tonkon.com
TONKON TORP LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204

   *Of Attorneys for Defendant Precision Extraction Corporation*

*Additional attorneys listed on signature page.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UDOXI SCIENTIFIC, LLC, an Oregon limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PRECISION EXTRACTION CORPORATION, a Michigan corporation,<br><br>Defendant. | No. 3:16-cv-01062-YY<br><br>JOINT SUBMISSION OF THE PARTIES' AGREED CLAIM CONSTRUCTIONS RELATING TO U.S. PATENT NO. 9,144,751 AND U.S. PATENT NO. 9,145,532 |

Page 1 -    JOINT SUBMISSION OF THE PARTIES' AGREED
             CLAIM CONSTRUCTIONS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

## AGREED CLAIM CONSTRUCTIONS

The parties have reached agreement on all previously-disputed claim terms. Below is a table listing each term and the agreed constructions.

| Term | Claims | AGREED CONSTRUCTION |
|------|--------|---------------------|
| **U.S. Patent No. 9,144,751** | | |
| "selectively" | 14 | at the operator's discretion |
| "fluid communication" | 13 | allowing for transmission of fluids between locations, wherein fluid is generally liquid and/or gas |
| "extract container" | 13, 14 | a vessel having at least one input for receiving an extract mixture and at least one output |
| "thermally coupled" | 13 | two or more components between which heat transfer is enabled |

| Term | Claims | AGREED CONSTRUCTION |
|------|--------|---------------------|
| **U.S. Patent No. 9,145,532** | | |
| "selectively" | 1, 9, 17 | at the operator's discretion |
| "fluid communication" | 1, 9, 10, 12 | allowing for transmission of fluids between locations, wherein fluid is generally liquid and/or gas |
| "fluidly communicate" | 1 | transmitting fluids between locations, wherein fluid is generally liquid and/or gas |
| "extract container" | 1, 2, 3, 9, 10, 17 | a vessel having at least one input for receiving an extract mixture and at least one output |
| "removably and fluidly attaching" | 9, 10 | attached so as to permit flow to or from a removable component |
| "detachable canister interface" | 9, 12 | a detachable interface allowing flow between a canister and other components |
| "slidingly receiving" | 12 | fitting one component to another by a sliding motion |

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

Dated this 13th day of September, 2017.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.          TONKON TORP LLP


By:  *s/ Matthew N. Miller*                      By:  *s/ Eric Beach*
Matthew N. Miller, OSB #150113              Steven M. Wilker**,** OSB 911882
Scott D. Eads, OSB #910400                  Direct Dial: 503-802-2040
Telephone: 503.222.9981                     Eric Beach, OSB 105783
Facsimile: 503.796.2900                     Direct Dial: 503-802-2182


*Of Attorneys for Plaintiff,*               John A. VanOphem, admitted *pro hac vice*
*Udoxi Scientific, LLC*                     VanOphem IP Law, PLC
                                            1585 S. Hickory Ridge Rd.
                                            Milford, MI 48380
                                            Telephone: 248-817-8913
                                            Fax: 248-817-8915
                                            Email: john@vanophemiplaw.com

                                            *Attorneys for Precision Extraction*
                                            *Corporation*

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\131474\222797\MNM\21472632.1