**Matthew N. Miller**, OSB #150113
Email: mmiller@schwabe.com
**Scott D. Eads**, OSB #910400
Email: seads@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Plaintiff*

**Steven M. Wilker,** OSB 911882
Direct Dial: 503-802-2040
Fax: 503-972-3740
Email: steven.wilker@tonkon.com
**Eric Beach**, OSB 105783
Direct Dial: 503-802-2182
Fax: 503-972-3882
Email: eric.beach@tonkon.com
TONKON TORP LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204

*Attorneys for Defendant*

*Additional attorneys listed on signature page.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UDOXI SCIENTIFIC, LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**PRECISION EXTRACTION CORPORATION,**<br><br>Defendant. | No. 3:16-cv-01062-YY<br><br>JOINT STATUS REPORT AND PROPOSED CASE MANAGEMENT SCHEDULE FOLLOWING CLAIM CONSTRUCTION |

Page 1 - JOINT STATUS REPORT AND PROPOSED CASE MANAGEMENT SCHEDULE FOLLOWING CLAIM CONSTRUCTION

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

The current scheduling order [Dkt. Nos. 37 and 40] does not extend beyond a *Markman* claim construction hearing. Because the parties agreed on all disputed claim construction terms, the Court's scheduled *Markman* hearing on November 7, 2017, can be cancelled.

With no additional schedule set, counsel for Plaintiff Udoxi Scientific, LLC ("Udoxi") and Defendant Precision Extraction Corporation ("Precision") held a scheduling conference on October 16, 2017, by telephone to discuss their respective views on case management following claim construction. Udoxi and Precision jointly submit this Proposed Case Management Schedule.

| | Date | Event |
|---|---|---|
| 1. | January 15, 2018 | Deadline for Final Infringement Contentions |
| 2. | January 29, 2018 | Deadline for Final Invalidity Contentions |
| 3. | February 5, 2018 | Deadline for Precision to disclose intention to rely on advice of counsel, and produce all opinions (if any) on same subject matter |
| 4. | 4 weeks after #3 (currently March 5, 2018) | Serve opening expert reports |
| 5. | 4 weeks after #4 (currently April 2, 2018) | Serve rebuttal expert reports |
| 6. | 4 weeks after #5 (currently April 30, 2018) | Close of discovery on all issues |
| 7. | 4 weeks after #6 (currently May 28, 2018) | Deadline for dispositive motions |
| 8. | 1 week after #7 (currently June 4, 2018) | Deadline for motions to exclude or limit expert testimony |
| 9. | *According to the Court's availability* | Exchange Exhibit Lists, Witness Lists, Deposition Designations (if a party proposes to offer a deposition by video, it must file a disclosure identifying the line and page numbers to be offered), and Proposed Jury Instructions (with citations to authority) |
| 10. | *According to the Court's availability* | Exchange objections to Exhibit Lists, Witness Lists, Deposition Designations, and Proposed Jury Instructions |

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

| | | |
|---|---|---|
| 11. | *According to the Court's availability* | Deadline for Motions *in Limine*; and<br>Deadline for filing (with any objections): Exhibit Lists, Witness Lists, Deposition Designations, and Proposed Jury Instructions |
| 12. | *According to the Court's availability* | Lodge Proposed Pretrial Order (pursuant to Local Rule 16-5)<br><br>Statement of expected trial length: 5 days |
| 14. | *According to the Court's availability* | Pretrial conference |
| 15. | *According to the Court's availability* | Trial |

The parties do not request any other changes to the Court's prevailing case management orders at this time.

Dated this 1st day of November, 2017.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By: *s/ Matthew N. Miller*
Matthew N. Miller, OSB #150113
Scott D. Eads, OSB #910400
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Plaintiff*

TONKON TORP LLP

By: *s/ Eric Beach*
Steven M. Wilker, OSB 911882
Direct Dial: 503-802-2040
Eric Beach, OSB 105783
Direct Dial: 503-802-2182

John A. VanOphem, admitted *pro hac vice*
VanOphem IP Law, PLC
1585 S. Hickory Ridge Rd.
Milford, MI 48380
Telephone: 248-817-8913
Fax: 248-817-8915
Email: john@vanophemiplaw.com

*Attorneys for Precision Extraction Corporation*

Page 3 - JOINT STATUS REPORT AND PROPOSED CASE MANAGEMENT SCHEDULE FOLLOWING CLAIM CONSTRUCTION

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\131474\222797\MNM\21675607.3