Scott D. Eads, OSB #910400
Email: seads@schwabe.com
Jason A. Wrubleski, OSB #120524
Email: jwrubleski@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

Attorneys for Plaintiff Udoxi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UDOXI SCIENTIFIC, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PRECISION EXTRACTION CORPORATION,<br><br>Defendant. | No. 3:16-cv-01062-YY<br><br>DECLARATION OF JASON WASSERMAN IN SUPPORT OF UDOXI SCIENTIFIC, LLC'S OPPOSITION TO PRECISION EXTRACTION CORPORATION'S SECOND MOTION TO DISMISS OR TRANSFER VENUE |

I, Jason Wasserman, hereby declare based upon personal knowledge as follows:

1. I am an individual residing in Portland, Oregon.

2. I am a founding member of Udoxi Scientific, LLC ("Udoxi"), which owns U.S. Patent Nos. 9,144,751 and 9,145,532 at issue in this litigation. Along with my co-inventors Jess Ordower and Samuel Decker, I developed the extraction technology claimed in those patents. Udoxi is an Oregon limited liability company based in Portland, Oregon.

Page 1 - WASSERMAN DECL. ISO UDOXI'S OPPOSITION TO PRECISION'S MOTION TO DISMISS OR TRANSFER

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

3. Udoxi primarily offers large-scale extraction systems and also provides extraction services to others.

4. Since its creation, all of Udoxi's business operations have been based in Portland. It has never sought or been registered to do business in Michigan.

5. Neither I nor Udoxi have sold any products or services to anyone in Michigan. Udoxi has never owned any property in Michigan. We do not direct any advertising directly to Michigan and have never sought or advertised our products or services as being in compliance with any Michigan-specific laws or standards.

6. Udoxi has no representatives for sales or anything else in Michigan. We have never filed a lawsuit in Michigan. Neither I personally nor anyone on behalf of Udoxi has traveled to Michigan in at least the past five years, including since we started developing the patented technology.

7. Neither I nor Udoxi have any contacts with Michigan, apart from this patent dispute with Precision Extraction Corporation.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 18 day of January, 2018.

_____
Jason Wasserman

Page 2 -    WASSERMAN DECL. ISO UDOXI'S OPPOSITION TO PRECISION'S MOTION TO DISMISS OR TRANSFER

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900